UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR VALDEZ-SANUDO,<br><br>    Defendant. | Case No. CR20-217 RAJ<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged by indictment with Count 1: Conspiracy to Distribute Controlled Substances; Count 2: Possession with Intent to Distribute Methamphetamine; Count 3: Conspiracy to Commit Money Laundering.  A presumption favoring detention applies based on the probable cause to believe defendant has committed a drug offense with a maximum sentence of ten years or more.  Defendant has no prior criminal convictions for felony offenses.

DETENTION ORDER - 1

The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use.  The defendant through his attorney made argument as to release.  The defendant is viewed as a risk of nonappearance because he possesses a Mexican passport, his history of international travel, his foreign ties to Mexico, and his current unemployment. The defendant is viewed as a risk of danger based on the nature of the offense.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2020.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2