The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR VALDEZ-SANUDO, *et al.*,<br><br>Defendants. | NO. CR20-217-JCC<br><br>[~~PROPOSED~~]<br><br>**SECOND PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Second Protective Order Restraining Certain Forfeitable Property ("Motion") (Dkt. No. 245), of the following property (the "Subject Currency"):

- $4,364.00 in United States currency, seized on December 16, 2020, from Defendant Keith Silverson.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Drug Enforcement Administration Task Force Officer ("TFO") Luke A. Brandeberry, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Currency") is appropriate because:

Second Protective Order to Restrain Forfeitable Property - 1
*United States v. Sanudo, et al.*, CR20-217-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice of its intent to pursue forfeiture of the Subject Currency in the Superseding Indictment, Dkt. No. 194;
- Based on the facts set forth in TFO Brandeberry's Declaration, there is probable cause to believe the Subject Currency is subject to forfeiture in this case; and
- To ensure the Subject Currency remains available for forfeiture, its continued restraint is appropriate, pursuant to 21 U.S.C. § 853(e)(1).

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Currency pending the conclusion of this case (Dkt. No. 245) is GRANTED; and

2. The Subject Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 7th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

 *s. Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Jehiel.Baer@usdoj.gov

Second Protective Order to Restrain Forfeitable Property - 2
*United States v. Sanudo, et al.,* CR20-217-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970